IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.  06-30060 |
| ) | |
| DWAYNE JETT, ) | |
| ) | |
| Defendant. ) | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

On June 30, 2008, the Court appointed the Federal Public Defender's Office to assist Defendant Jett in filing a motion for reduction of sentence based on the retroactive Amendment to the Sentencing Guideline range regarding crack cocaine sentencing.  The Federal Public Defender's Office has now filed a Motion to Withdraw as Counsel (d/e 55).

Title 18 U.S.C. § 3582(c)(2) provides that a court may not modify a term of imprisonment once it has been imposed except:

> [I]n the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. 994(o), upon motion of the defendant or the Director of the Bureau of Prisons, or on its own

1

> motion, the court may reduce the term of imprisonment, after considering the factors set forth in section 3553(a) to the extent that they are applicable, if such a reduction is consistent with applicable policy statements issued by the Sentencing Commission.

On February 19, 2008, the Defendant was sentenced by this Court to a sentence of 209 months imprisonment based on a conviction for conspiracy to distribute crack cocaine. He was sentenced pursuant to the amended Guidelines applicable to crack cocaine offenses. For this reason, the Federal Public Defender's Office has concluded that Defendant does not qualify for a sentence reduction and has moved to withdraw.

THEREFORE, the Federal Defender's Motion to Withdraw as Counsel (d/e 55) is ALLOWED. Defendant is allowed to pursue this matter *pro se*. Defendant shall file with this Court no later than August 29, 2008, a pleading that either: (a) concedes that the Amendment does not apply, or (b) explains why the Amendment applies in spite of the fact that his Guidelines Sentencing range remains unchanged.

IT IS THEREFORE SO ORDERED.

ENTER: August 8, 2008

FOR THE COURT:

s/ Jeanne E. Scott
JEANNE E. SCOTT
UNITED STATES DISTRICT JUDGE